UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

IAN LYNGKLIP,

    Plaintiff,

 -vs-

EDUCARE CENTER SERVICES, *et al.*,

    Defendants.

Case No. 2:17-CV-12343-DML-APP
Hon. David M. Lawson
Magistrate Judge: Anthony P. Patti

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Ian Lyngklip has attempted in good faith and to no avail to identify and locate the three remaining Defendants, (1) Education Center Services, (2) Jonathan Gates, and (3) Josh Doe to effectuate service of process. Despite service of nearly two dozen subpoenas, Plaintiff has been unable to locate and identify the remaining Defendants. The information Plaintiff sought is either shielded by several aliases and middle-men in foreign countries or destroyed due to record retention periods and closing of businesses that previously held the information. Accordingly, Plaintiff dismisses his claims against Education Center Services, Jonathon Gates, and Josh Doe without prejudice.

                Respectfully Submitted,


                By:   s/ Sylvia S. Bolos
                Sylvia S. Bolos P78715
                LYNGKLIP & ASSOCIATES,
                CONSUMER LAW CENTER, PLC
                Attorney for Ian Lyngklip
                24500 Northwestern Highway, Ste. 206
                Southfield, MI 48075
                (248) 208-8864
                SylviaB@MichiganConsumerLaw.Com

Dated: January 31, 2019