UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IAN LYNGKLIP,

        Plaintiff,                              Case Number 17-12343

v.                                                  Honorable David M. Lawson

CREDIT CARD SERVICES, JOSH DOE,
EDUCARE CENTER SERVICES, and
JOHNATHON GATES,

        Defendants.
        _____/

## ORDER OF DISMISSAL

On January 31, 2019, the plaintiff filed a notice of voluntary dismissal of his claims against the defendants. *See* ECF No. 32. The defendants have not answered or otherwise responded to the amended complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Date:  February 4, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 4, 2019.

                        s/Susan K. Pinkowski
                        SUSAN K. PINKOWSKI